# UNITED STATES DISTRICT COURT
## District of Minnesota

Protege Biomedical, LLC,

        Plaintiff,

v.

Duff & Phelps Securities, LLC,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 19-cv-3152 JRT/HB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

 1. This action is **DISMISSED with prejudice;** and

 2. Defendants' Motion for Sanctions [Docket No. 75] is **DENIED**.

Date: 1/20/2021               KATE M. FOGARTY, CLERK